**Court Exhibit 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

    UNITED STATES OF AMERICA,                        **CONSENT TO PROCEED BY**
                                                                             **VIDEO OR TELE CONFERENCE**

                        -against-

Garlain Francois                                                     7:20-cr-
       Defendant(s).
-----------------------------------------------------------------X

Defendant Garlain Francois hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing:

☐     Initial Appearance Before a Judicial Officer

☒     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐     Guilty Plea/Change of Plea Hearing

☐     Bail/Detention Hearing

☐     Conference Before a Judicial Officer - Assignment of Counsel

(During a phone call on January 8, 2021, Mr. Francois authorized Benjamin Gold to electronically sign this form)

*Garlain Francois*                                          *Ben G*
Defendant's Signature                               Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Garlain Francois                                           Benjamin Gold
Print Defendant's Name                               Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

 1/14/2021                                              *Judith C. McCarthy*
Date                                                     U.S. District Judge/U.S. Magistrate Judge