UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
         -against-                :    21 CR 23 (PMH)
                                  :
Garlain Francois                  :
                    Defendant.    :
---------------------------------------------------------------x

At the sentencing hearing on May 24, 2021, and for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, defendant Garlain Francois is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: White Plains, NY
       May 24, 2021

SO ORDERED:

_____
Philip M. Halpern
United States District Judge